IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America<br><br>v.<br><br>Darrell Gist | Case No. 4:02-cr-00207-TLW<br><br>**Order** |

This matter comes before the Court for consideration of the Government's motion to stay this compassionate release matter. ECF No. 129. The Government filed its motion to stay on October 22, 2020 and the defendant, Darrell Gist, responded in opposition on October 26, 2020. ECF Nos. 129, 130.

After careful consideration of the filings, the Court grants the Government's motion to stay as to the 18 U.S.C. § 924(c) "stacking" issue, but denies the motion as to the medical and COVID-19 arguments. The Court directs the Government to respond to Defendant's medical and COVID-19 arguments within 30 days of the date of the filing of this order.

Accordingly, the Government's motion, ECF No. 129, is granted in part and denied in part.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Senior United States District Judge

November 13, 2020
Columbia, South Carolina

1